# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JIMMIE D. PEREZ, II,**

    **Plaintiff,**

**v.**                                                                                                    **No. 13-cv-0288 RB/SMV**

**MAJOR MORRIS, et al.,**

    **Defendants.**

## ORDER GRANTING REQUEST FOR REISSUANCE

    This matter is before the Court on Plaintiff's Motion for Reissuance of Order [Doc. 16] filed on January 10, 2014.  Previously, acting *sua sponte* under 28 U.S.C. § 1915(e)(2), the Court ordered issuance of notice and waiver of service forms for Defendants Morris, Gowna, and Anaya at the Lea County Correctional Facility.  [Doc. 9].  In his motion, Plaintiff specifies that Defendants are officers at the Guadalupe County Correctional Facility.  [Doc. 16] at 1–2.  No waivers of service have been returned.  The Court will direct that notice and waiver of service forms for Defendants Morris, Gowna, and Anaya be re-issued and mailed to them, with copies of Plaintiff's amended complaint, at the Guadalupe County Correctional Facility.  Plaintiff will be allowed a reasonable amount of time to identify the Doe Defendants.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reissuance of Order [Doc. 16] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to re-issue notice and waiver of service forms, with copies of the amended complaint [Doc. 15], for Defendants Morris, Gowna, and Anaya at the Guadalupe County Correctional Facility.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**