IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JIMMIE D. PEREZ, II,**

    **Plaintiff,**

v.                               No. 13-cv-0288 RB/SMV

**MAJOR MORRIS, et al.,**

    **Defendants.**

## ORDER FOR PERSONAL SERVICE

    This matter is before the Court *sua sponte*, pursuant to 28 U.S.C. § 1915(d) and Rule 4(c), (d) of the Federal Rules of Civil Procedure. Plaintiff is proceeding under § 1915, and it appears to the Court that personal service of the summons and complaint on Defendants Morris, Gowna, and Anaya is required in this matter. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under Rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

    **IT IS THEREFORE ORDERED** that summons shall be issued and the U.S. Marshal shall serve the summons and complaint personally on Defendants Morris, Gowna, and Anaya at the Guadalupe County Correctional Facility as directed by the Clerk. The service of the summons and complaint shall be at no cost to the Plaintiff.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**