IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMIE D. PEREZ, II,

    Plaintiff,

v.                                                        No. 13-cv-0288 RB/SMV

MAJOR MORRIS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Although Plaintiff has been making installment payments toward the filing fee, the record indicates that a recent mailing to him was returned undelivered.  *See* [Doc. 29].  It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and has therefore severed contact with the Court.  Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), he will be required to show cause why his complaint should not be dismissed.  Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, within 14 days from entry of this Order, Plaintiff notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

                                                                                                                **STEPHAN M. VIDMAR**
                                                                                                                **United States Magistrate Judge**