IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIMMIE D. PEREZ, II,

    Plaintiff,

v.                                        No. 13-cv-0288 RB/SMV

MAJOR MORRIS, et al.,

    Defendants.

## ORDER EXTENDING DEADLINE TO SHOW CAUSE

This matter is again before the Court sua sponte. Plaintiff was ordered to show cause no later than September 3, 2014, because he had changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and had therefore severed contact with the Court. [Doc. 32]. Although Plaintiff has not responded to the Order to Show Cause, the Clerk received an installment payment towards the filing fee [Doc. 34]. Plaintiff will be allowed additional time to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that, within **14 days** from entry of this Order, Plaintiff shall notify the Clerk in writing of his current address, or otherwise show cause why this action should not be dismissed.

**IT IS FURTHER ORDERED** that the Clerk mail an additional copy of this order to Plaintiff at 2405 W. Picacho Ave. #89, Las Cruces, NM 88007.[1]

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

---

[1] This address appeared on the money order that was received by the Court's financial department. As is the usual practice, the money order itself was not filed on the record.