IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMIE D. PEREZ, II,

    Plaintiff,

v.                                                 No. 13-cv-0288 RB/SMV

GERALD MORRIS, JOSEPH GUANA,
ADAM ANAYA, and JOHN/JANE DOE,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 41] ("PF&RD"), issued on January 26, 2015. On reference by the Court, [Doc. 18], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiff failed to exhaust his administrative remedies with regard to all claims. [Doc. 41]. Thus, he recommended that Defendants' Motion for Summary Judgment [Doc. 28] be granted and that Plaintiff's claims be dismissed without prejudice. *Id.* at 17. No party objected to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 41] are **ADOPTED**. Defendants' Motion for Summary Judgment [Doc. 28] is **GRANTED**, and all of Plaintiff's claims against Defendants are **DISMISSED without prejudice**.

IT IS SO ORDERED.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE